| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:05MJ16-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | |
| | 06 JUL 27 | DOCKET NUMBER *(Rec. Court)* 8:06MJ01233 EAJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Albert Stewart Jr.<br>14507 Prism Circle<br>Apt. # 103<br>Tampa, Fl 33613 | Florida Northern | Panama City |
| | NAME OF SENTENCING JUDGE | |
| | Larry A. Bodiford | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/09/05    TO 08/08/07 |

OFFENSE

Simple Possession of Marijuana, 21 U.S.C 844 (a)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 27, 2006
/Date

*[signature]*
United States ~~District~~ MAGISTRATE Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 19, 2006
Effective Date

*[signature]*
United States ~~District~~ MAGISTRATE Judge