# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                                          Case No.  8:06-MJ-1233-T-EAJ

**ALBERT STEWART, JR.**
_____/

## ORDER REVOKING PROBATION

On this 11th day of October, 2006, Assistant United States Attorney, Matthew Perry, and the defendant, Albert Stewart, Jr., appeared with counsel, Assistant Federal Public Defender, Adam Allen.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted to the allegations that he failed to comply with the conditions of his probation. The Court, therefore, FINDS that the defendant has substantially and materially violated the terms and conditions of his probation and that there is just cause for revocation of defendant's term of supervision. It is, therefore, ORDERED AND ADJUDGED:

1. The Judgment entered on August 9, 2005 in the United States District Court for the Northern District of Florida, Panama City Division is hereby REVOKED.

2. Defendant shall serve a term of imprisonment of one hundred and twenty (120) days with credit for time served;

3. (a) It is recommended that the Bureau of Prisons designate a work camp or low level security facility, if the defendant meets the criteria for those facilities.

(b) It also recommended that a facility closest to Tampa be designated if it also meets the criteria in paragraph (a) above.

DONE AND ORDERED, at Tampa, Florida this   12th   day of October, 2006.

_____
ELIZABETH A JENKINS
United States Magistrate Judge